| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 9/1/2015 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*Kason Foust v. City of New York, et al.*
15-CV-1837 (WFK) (JO)

TYPE OF CONFERENCE:  Settlement

APPEARANCES:    Plaintiff    Joseph L. Indusi

Defendants    Theresa J. D'Andrea

SCHEDULING: The next telephone conference will be held on October 1, 2015, at 12:30 p.m.

SUMMARY: The parties agreed to settle the case. If they file a stipulation of dismissal no later than September 29, 2015, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

_____/s/_____
JAMES ORENSTEIN
U.S. Magistrate Judge